UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO NAPOLES and TANCITA FIGUEROA,<br><br>　　　　　Defendant. | No.  2:13-cv-2668-TLN-EFB PS<br><br><br>ORDER |

On January 7, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 7, 2014, are ADOPTED; and

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Placer.

1 | Dated: March 3, 2014

Troy L. Nunley
United States District Judge